UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| FERNANDO BUNCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-cv-04155-SLD-RLH ) |
| DEERE & COMPANY, | ) ) ) |
| Defendant. | ) |

ORDER

Before the Court is Plaintiff Fernando Bunch's Motion to Dismiss with Prejudice, ECF No. 20. Plaintiff does not identify a procedural vehicle for his motion, but as he filed it after Defendant Deere & Company filed an answer, Answer, ECF No. 6, the Court presumes he is moving for a court order dismissing his suit under Federal Rules of Civil Procedure 41(a)(2). Under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request . . . on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Whether to grant voluntary dismissal to a plaintiff under Rule 41(a)(2) "rests within the sound discretion of the district court." *Tyco Lab'ys, Inc. v. Koppers Co., Inc.*, 627 F.2d 54, 56 (7th Cir. 1980). No response was filed, so the Court presumes that the motion is unopposed. *See* Civil LR 7.1(B)(2).

The Court finds dismissal with prejudice proper, so Plaintiff's motion is GRANTED. This case is DISMISSED WITH PREJUDICE. The Clerk is directed to enter judgment and close the case.

Entered this 27th day of October, 2025.

s/ Sara Darrow
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE