Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Fernando Bunch,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 4:24-cv-04155-SLD-RLH |
| | ) |
| **Deere & Company,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Fernando Bunch's action against Defendant Deere & Company is dismissed with prejudice.

**Dated: 10/27/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court